**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 00-7382**

————————————

UNITED STATES OF AMERICA,

                     Plaintiff - Appellee,

    versus

TOMMY DEWEY MARTIN,

                     Defendant - Appellant.

————————————

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (CR-97-70117-1, CA-00-135-7)

————————————

Submitted:  February 8, 2001     Decided:  February 14, 2001

————————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Tommy Dewey Martin, Appellant Pro Se.  Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tommy Dewey Martin seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Martin</u>, Nos. CR-97-70117-1; CA-00-135-7 (W.D. Va. Sept. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>